UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN ROBERTS,<br><br>          Petitioner,<br><br>    v.<br><br>NORWALK SUPERIOR COURT,<br><br>          Respondent. | CASE NO. CV 10-6888-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED   October 25, 2010.


_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd