UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ALLEN ROBERTS, ) | CASE NO. CV 10-6888-PSG (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| NORWALK SUPERIOR COURT, ) | |
| ) | |
| Respondent. ) | |

    Pursuant to the Order Dismissing Petition Without Prejudice,
    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:    February 22, 2011   .

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 10-6888 PSG (PJW) JGM.wpd